**FILED**
AUG 13 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> Juan Gabriel HERNANDEZ-Arvizo <br><br> Defendant. | Magistrate Case No.: 08 MJ 8719 <br><br> COMPLAINT FOR VIOLATION OF <br><br> 21 U.S.C. § 952 and 960 <br> Importation of a Controlled Substance <br> (Felony) |

The undersigned complainant being duly sworn states:

That on or about August 12, 2008, within the Southern District of California, defendant Juan Gabriel HERNANDEZ-Arvizo did knowingly and intentionally import approximately 40.82 kilograms (89.80 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

LORENA MULVIHILL
Special Agent
Immigration and Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, August 13, 2008.

PETER C. LEWIS
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
    v.
Juan Gabriel HERNANDEZ-Arvizo

STATEMENT OF FACTS

This complaint is based on the personal observations, investigation, and information furnished to U. S. Immigration and Customs Enforcement Special Agent Lorena Mulvihill.

On August 12, 2008, at approximately 0940 hours, Customs and Border Protection (CBP) Canine Enforcement Officers (CEO) J. Jones and C. Randolph were conducting pre-primary roving operations with a Human Narcotic Detector Dog (HNDD) when the HNDD alerted to a green Range Rover bearing California license plate 6EUY956.

CBPO H. Equihua received a negative Customs declaration from HERNANDEZ and questioned HERNANDEZ about his destination. HERNANDEZ stated he was on his way to Wal-Mart. CBPO Equihua inquired about the vehicle's owner, and HERNANDEZ stated the vehicle belonged to a friend. HERNANDEZ and his vehicle were escorted to the vehicle secondary lot for further examination.

In the vehicle secondary area, CBPO A. Zuniga assumed examination of the vehicle. CBPO Zuniga was informed of the HNDD alert. Examination of the vehicle revealed several packages. One package was randomly chosen and probed, exposing a green leafy substance. A sample of the substance was tested and proved positive for marijuana. A total of twenty (23) packages, with a total weight of 40.82 kilograms (89.80 pounds) were removed from the vehicle.